[No. 22563-1-III.  Division Three.  April 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD ALLEN FOUSE, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-01036-2, Craig J. Matheson, J., entered May 4, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato and Kulik, JJ.

[No. 22814-2-III.  Division Three.  April 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JOSEPH HOGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 03-1-00298-2, John E. Bridges, J., entered February 11, 2004. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 23630-7-III.  Division Three.  April 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RITO CANALES-DIAZ, *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 04-1-00089-1, Richard W. Miller, J., entered December 6, 2004. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

[No. 23764-8-III.  Division Three.  April 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BRENT CHRISTOPHER CAHILL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-01249-5, C. James Lust, J., entered January 7, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.